UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD JASON ALLEN                                                                    PLAINTIFF

VS.                                                        CIVIL ACTION NO. 1:18-CV-345-LG-RHW

CENTURION OF MISSISSIPPI, LLC, et al.                                              DEFENDANTS

## DECLARATION OF APRIL MEGGS

I, April Meggs, do hereby declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 that this declaration is made of my own personal knowledge, that I am competent to testify as to the matters stated herein, and that the following statements are all true and correct.

1. My name is April Meggs and I am an adult resident citizen of the State of Mississippi.

2. I am over the age of 21 years and competent to testify with regard to the matters stated herein. I have personal knowledge of the facts and information contained in this declaration.

3. I am the Vice President of Operations for Centurion of Mississippi, LLC ("Centurion").

4. Centurion has a contract with the Mississippi Department of Corrections ("MDOC") to provide medical care to inmates at various prison facilities in Mississippi. Centurion's contract with MDOC was effective July 1, 2016. The Centurion-MDOC contract is a matter of public record, and it may be accessed online at the Mississippi Transparency website: http://www.transparency.mississippi.gov/default.aspx.

5. I am familiar with the contract between MDOC and Centurion. The contract sets forth a complete list of state, private, and regional facilities at which Centurion has agreed to provide medical services. Centurion does not have a contract with MDOC to provide medical

EXHIBIT 1

services at the Jackson County Adult Center ("JCAC"). Centurion does not provide medical services at JCAC. Centurion did not provide medical services or employ or contract with any person to provide medical services at JCAC at any time between July 1, 2016 and today.

6. Centurion does not have any affiliation with Correctional Medical Associates, Inc.

I declare under penalty of perjury and in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

EXECUTED this the __15__ day of January, 2019.

April Meggs, BSN, CCHP, CC-NM
Vice President of Operations
Centurion of Mississippi, LLC

EXHIBIT 1