# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**RONALD JASON ALLEN**                                                               **PLAINTIFF**

v.                                                          **CAUSE NO. 1:18CV345-LG-RHW**

**CENTURION OF MISSISSIPPI, LLC; et al.**                         **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

**BEFORE THE COURT** is the [36] Report and Recommendation of United States Magistrate Judge Robert H. Walker, recommending that the [29] Motion for Summary Judgment filed by Defendant Centurion of Mississippi, LLC be granted. Magistrate Judge Walker determined that Centurion did not provide medical services at the Jackson County Adult Detention Center during the time-period relevant to Plaintiff Ronald Jason Allen's claims. Allen has not objected to the Magistrate Judge's findings and conclusions, and the time for doing so has passed.

Where no objection has been filed, the Court need only review the Report and Recommendation to determine whether it is either clearly erroneous or contrary to law. *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989). Having conducted the required review, the Court finds the Magistrate Judge's findings and conclusions neither clearly erroneous nor contrary to law. Therefore, the Report and Recommendation will be adopted as the findings of this Court, Centurion's Motion for Summary Judgment will be granted, and Plaintiff's claims against Centurion will be dismissed with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [36] Report and Recommendation entered by United States Magistrate Judge Robert H. Walker on February 14, 2019 is **ADOPTED** as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that the [29] Motion for Summary Judgment filed by Defendant Centurion of Mississippi, LLC is **GRANTED**. Plaintiff's claims against Centurion of Mississippi, LLC are hereby **dismissed with prejudice**.

**SO ORDERED AND ADJUDGED** this the 6th day of March, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE